# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| XAVIER CRUZ, et al. | : |
| PLAINTIFFS | : CIVIL ACTION |
| vs. | : NO. 07-CV-493 |
| CITY OF PHILADELPHIA, et al. | : |
| DEFENDANTS | : |

## STIPULATION TO OPEN DEFAULT JUDGMENT AND DISMISS

AND NOW, this 24th day of February, 2008, the parties, by and through their respective counsel, hereby agree to Open the Default Judgment against Defendant, Police Lieutenant Hewitt Badge No. 333, Individually and in his official capacity as a Police Officer of the City of Philadelphia and, further, to Dismiss any and all claims against him.

Respectfully submitted,

Rania Major-Trunfio, Esquire
RANIA MAJOR-TRUNFIO, P.C.
Atty. ID 51298
2915 N. 5th Street
Philadelphia, PA 19133
(215) 291-5009
Attorney for Plaintiffs

Mark V. Maguire, Esquire
Assistant City Solicitor
City Solicitor's Office
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
Attorney for Defendants